IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY ROBERTSON and WANPHEN ROBERTSON,<br><br>Plaintiffs,<br><br>v.<br><br>IHC HEALTH SERVICES, INC. dba UTAH VALLEY REGIONAL MEDICAL CENTER; CRAIG S. COOK, M.D., P.C.; CRAIG S. COOK, M.D.; SAMER A. SALEH, M.D.; KURT O. BODILY M.D.; THOMAS A. DOCKINSON, M.D.; MATTHEW B. SPERRY, M.D.; UTAH VALLEY SPECIALTY HOSPITAL, INC.; and TALA'AT AL-SHUQAIRAT, M.D.,<br><br>Defendants. | **FINAL JUDGMENT**<br><br>Case No. 2:19-cv-00053-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants IHC Health Services, Inc. dba Utah Valley Regional Medical Center; Utah Valley Specialty Hospital; Craig S. Cook, M.D., P.C.; and Craig S. Cook, M.D. and against plaintiffs Jeffrey Robertson and Wanphen Robertson.

    DATED May 6, 2022.

                                                  BY THE COURT

                                                  Jill N. Parrish
                                                  United States District Court Judge